UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-0231 JGB (DTBx) | Date | March 13, 2014 |
| Title | Rachel J. Kamanda v. GC Services Limited Partnership, et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)

     Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution. <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

     Plaintiff Rachel Kamanda filed her Complaint on February 6, 2013. (Doc. No. 1.) Plaintiff has failed to file proofs of service on Defendant GC Services Limited Partnership within 120 days of the filing of the Complaint. Plaintiff can satisfy this order by showing that service was effectuated on Defendant within the 120 day deadline or by showing good cause for failure to do so. Fed. R. Civ. P. 4(m).

     Plaintiff must respond to this order by **March 31, 2014**. Failure to respond to this Order will be deemed consent to the dismissal of the Complaint.

     **IT IS SO ORDERED.**